**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ASHLEY BUSH,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-01190 |
| **FREDERICK COUNTY PUBLIC SCHOOLS,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

Pending before this court are Defendant's Motions to Strike (ECF Nos. 48 and 50; the "Motions.") Plaintiff filed a response to the Motions on June 17, 2022. (ECF No. 56; the "Response.") It is this 21st day of June 2022:

**ORDERED** that a hearing on the Motions is hereby scheduled for Wednesday, June 22, 2022, at 10:00 a.m. in Courtroom 3D; and it is further

**ORDERED** that the parties shall appear in person for the scheduled hearing.

**Julie R. Rubin /s/**
United States District Judge