**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ASHLEY BUSH,** | * |
| Plaintiff, | * |
| v. | |
| | *   Case No. 1:21-CV-01190 |
| **FREDERICK COUNTY PUBLIC SCHOOLS,** | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM ORDER

Pending before this court are Defendant's Motions to Strike (ECF Nos. 48 and 50; the "Motions.") Plaintiff filed a response to the Motions on June 17, 2022. (ECF No. 56; the "Response"). On June 21, 2022, the court issued an Order scheduling a hearing for Wednesday, June 22, 2022. It is this 22nd day of June 2022, hereby:

**ORDERED** that the hearing scheduled for Wednesday, June 22, 2022, is hereby **CANCELLED**; and it is further

**ORDERED** that a hearing on the Motions is hereby rescheduled for Wednesday, June 29, 2022, at 10:30 a.m. in Courtroom 3D; and it is further

**ORDERED** that the parties shall appear in person for the scheduled hearing; and it is further

**ORDERED** that any reply by Defendant shall be filed on or before Monday, June 27, 2022, at 12:00 p.m.

**Julie R. Rubin /s/**
United States District Judge